# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 06-719 |
| EDWARD KAPLAN, et al. | : | |

## ORDER

**AND NOW**, this **13th** day of **November**, **2009**, upon consideration of Edward Kaplan's Motion to Suppress Evidence, Leonard Mason's Motion to Suppress, the Government's response thereto, all supplemental briefing, following a hearing and oral argument on October 15, 2009, and for the reasons contained in this Court's Memorandum Opinion dated November 13, 2009, it is hereby **ORDERED** that:

1. Kaplan's motion to suppress (Document No. 71) is **DENIED**.

2. Mason's motion to suppress (Document Nos. 85 & 86) is **DENIED**.

3. Mason's Motion for Hearing (Document No. 176) is **DENIED**.

4. Mason's First Motion to Compel Discovery (Document No. 213) is **DENIED as moot**.

5. Defendant Joseph Williams' First Motion for Extension of Time to File (Document No. 130) is **DENIED as moot**.

6. Defendant Joseph Duke's Motion for Extension of Time (Document No. 113) is **DENIED as moot**.

7. Defendant Joseph Duke's Motion to Compel (Document No. 174) is **DENIED**.

8. Defendant Khalil Benn's Motion for Order (Document No. 186) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**