IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

                                  :

              vs.                 :          CRIMINAL NO. 06-719-1

EDWARD KAPLAN                     :

                                  :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

      AND NOW, this 19th day of April, 2010, came the attorney for the Government and the defendant being present with counsel, and

[ ]     The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]     A jury has been waived, and the Court has found the defendant not guilty as to:

[X]     The jury has returned its verdict, finding the defendant not guilty as to: Count 5

      **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

**Berle M. Schiller, J.**

cc:     U.S. Marshal
         Probation Office
         Counsel

  4/19/10      C. Campoli
   Date        By Whom

Cr 1 (4/2006)